UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT REIFSCHNEIDER,

    Plaintiff,

v.                                                           Case No. 18-C-146

DR. THOMAS GROSSMAN, et al.,

    Defendants.

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT

On January 29, 2018, Plaintiff Robert Reifschneider, who is representing himself and currently incarcerated at Wisconsin Secure Program Facility, filed this complaint alleging federal and state law claims against various defendants. ECF No. 1. On May 4, 2018, the Court screened Reifschneider's complaint and allowed him to proceed on certain claims against several of the defendants. On June 4, 2018, the Court directed the United States Marshal to affect service upon Dr. Grossman. On June 19, 2018, Dr. Grossman filed his executed waiver of service, which he signed on June 4, 2018. ECF No. 18. Pursuant to Federal Rule of Civil Procedure 4(d), Dr. Grossman had sixty days from when he executed his waiver of service, or until August 3, 2018, to file his answer or otherwise respond. On July 24, 2018, Dr. Grossman filed his answer. ECF No. 25. On July 26, 2018, Reifschneider moved for default against Dr. Grossman, alleging that Dr. Grossman did not file his response within the proper amount of time. However, Dr. Grossman's answer was not due until August 3, 2018; therefore, his July 24, 2018 answer was timely.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for entry of default (ECF No. 31) is **DENIED**.

Dated this   31st   day of July, 2018.

s/ William C. Griesbach<br>
William C. Griesbach, Chief Judge<br>
United States District Court