# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ROBERT E. REIFSCHNEIDER,

    Plaintiff,

v.                          Case No. 18-C-146

DR. THOMAS W. GROSSMAN et al.,

    Defendants.

## ORDER DENYING MOTION TO SET NEW DEADLINES AND MOTION FOR APPOINTMENT OF COUNSEL

This case has been stayed pursuant to Chapter 655 of the Wisconsin Statutes to allow mediation of the medical malpractice claim against the defendant doctor. Because the case is stayed, the court declines to address the plaintiff's newly filed motion to set new deadlines and for appointment of counsel. Accordingly, those motions should be denied.

Once the stay is lifted, the court will set new deadlines, as well as give further consideration to plaintiff's motion for recruitment of counsel. Until that time, however, the case is stayed, meaning it will remain inactive.

Dated this  11th  day of October, 2018.

                                                s/ William C. Griesbach
                                                William C. Griesbach, Chief Judge
                                                United States District Court