UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROBERT REIFSCHNEIDER

      Plaintiff,

    v.                                        Case No. 18-C-0146

DR. THOMAS GROSSMAN,
MEREDITH BIRD,
DR. KARL HOFFMANN,
DR. SALAM SYED,
TRISHA ANDERSON,
JEAN JONES, and
RACHEL PAFFORD,

      Defendants.

---

## ORDER DENYING MOTION FOR RECONSIDERATION

---

On August 25, 2020, the court entered an order granting Defendants' motion for summary judgment on the claims in this matter, dismissing the exhausted federal claims with prejudice and dismissing the unexhausted federal claims and state law claims without prejudice. Plaintiff Robert Reifschneider filed this motion for reconsideration, asserting misstatement of facts and misinterpretation of the law. Here, Plaintiff presents largely the same arguments supporting his motion as he presented in his petition and presents no new evidence to justify reconsideration. The court explained the reasons for its August 25th order and finds no grounds to reconsider its decision. Therefore, the motion for reconsideration is **DENIED.**

    **SO ORDERED** this 21st day of September, 2020.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge